IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| FREDERICK WALKER, | ) |
| Plaintiff, | ) |
| VS. | ) No. 05-1147-T/An |
| WARDEN GLEN TURNER, ET AL., | ) |
| Defendants. | ) |

## ORDER ON MOTION FOR STATUS

Plaintiff Frederick Walker, an inmate at the Northwest Correctional Complex in Tiptonville, Tennessee, filed a complaint pursuant to 42 U.S.C. § 1983 on May 27, 2005. On August 2, 2005, he filed a Motion for Status of Civil Rights Action, expressing concern that perhaps an order to issue process for the defendants had gone astray in the mail.

Plaintiff's complaint currently is undergoing the screening required by 28 U.S.C. § 1915(e)(2) and § 1915A. Process will be issued for the defendants only if the case is permitted to go forward. Plaintiff will be promptly notified when the Court makes that decision.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

5 August 2005
DATE

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on  08-09-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01147 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Frederick Walker
Northwest Correctional Complex
256177
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT