IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FREDERICK WALKER,                )
                                 )
    Plaintiff,                   )
                                 )
VS.                              )   No. 05-1147-T-An
                                 )
WARDEN GLEN TURNER, et al.,      )
                                 )
    Defendants.                  )

ORDER DENYING MOTION FOR STATUS OF CIVIL RIGHTS ACTION

On November 15, 2005, Plaintiff filed a motion in which he states that he is "closing" his request for information concerning the status of this action. Because the present motion does not require any action, it is DENIED as unnecessary.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

16 November 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___11-21-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01147 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Frederick Walker
Northwest Correctional Complex
256177
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT